RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Marbin Ramirez-Rodas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-01038-NJK-1 |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (First Request) |
| MARBIN RAMIREZ-RODAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Marbin Ramirez-Rodas, that the Preliminary Hearing currently scheduled on December 23, 2020 at 4:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days. This request requires that the Court extend two deadlines: (1) that a preliminary hearing be conducted within 14 days of a detained defendant's initial appearance, see Fed. R. Crim. P. 5.1(c); and (2) that an information or indictment be filed within 30 days of a defendant's arrest, see 18 U.S.C. § 3161(b).

This Stipulation is entered into for the following reasons:

1.      The parties are working to resolve this matter pre-indictment.

2.      Defense counsel also requires additional time to meet and confer with Mr. Ramirez-Rodas, to review the discovery, and investigate potential defenses to make an informed decision as to how to proceed.

3.      Under Federal Rule of Criminal Procedure 5.1(c), the Court "must hold the preliminary hearing within a reasonable time, but no later than 14 days after the initial appearance if the defendant is in custody . . . ."

4.      However, under Rule 5.1(d), "[w]ith the defendant's consent and upon a showing of good cause—taking into account the public interest in the prompt disposition of criminal cases—a magistrate judge may extend the time limits in Rule 5.1(c) one or more times . . . ."

5.      Furthermore, under the Speedy Trial Act, 18 U.S.C. § 3161(b), "[a]ny information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with such charges."

6.      Defendant is in custody and agrees to the extension of the 14-day deadline imposed by Rule 5.1(c) and waives any right to remedies under Rule 5.1(c) or 18 U.S.C. § 3161(b), provided that the information or indictment is filed on or before the date ordered pursuant to this stipulation.

7.      The parties agree to the extension of that deadline.

8.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

9.      Accordingly, the additional time requested by this stipulation is allowed under Federal Rule of Criminal Procedure 5.1(d).

2

10. In addition, the parties stipulate and agree that the time between today and the scheduled preliminary hearing is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

This is the first request for an extension of the deadlines by which to conduct the preliminary hearing and to file an indictment.

DATED this 18th day of December, 2020.

RENE L. VALLADARES                          NICHOLAS A. TRUTANICH
Federal Public Defender                        United States Attorney


     /s/ Raquel Lazo                                  /s/ Kimberly M. Frayn
By_____          By_____
RAQUEL LAZO                                   KIMBERLY M. FRAYN
Assistant Federal Public Defender          Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

MARBIN RAMIREZ-RODAS,

        Defendant.

Case No. 2:20-mj-01038-NJK-1

**ORDER**

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on December 23, 2020 at the hour of 4:00 p.m., be vacated and continued to February 16, 2021, at 4:00 p.m.

    DATED this 18th day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE